**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| CHRIS SCOTT MAYBERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-0855 |
| ) | Judge Trauger |
| HUMPHREYS COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On September 4, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 86), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby **ORDERED**:

1. The Motion For Summary Judgment filed by defendant Mathai (Docket No. 36) is **GRANTED**, and this defendant is **DISMISSED** from this action.

2. The Motion to Dismiss filed by defendants Chris Davis, Becky Cunningham, Jesse Wallace, Mike Mealler, Teddy Hooper, Tammy Ross, Will Hooper, Bonnie Robertson, Thelma Davidson, Theresa Howell, Brent Hubble, Alan Wallace, Greg Ryan, Brian Baker, and David Flower (Docket No. 20) is **GRANTED** only with respect to the claims brought against Jesse Wallace, the claim against Chris Davis for failure to file a report, the plaintiff's individual liability claims brought under the Americans With Disabilities Act, and the official capacity claims against the Jail Defendants. The Motion to Dismiss is **DENIED** in all other respects.

3. The Motion to Dismiss filed by defendant Humphreys County (Docket No. 42) is **DENIED**.

This case is **RETURNED** to the Magistrate Judge for further handling under the original

1

referral Order.

It is so **ORDERED**.

ENTER this 28th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge